UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**INES DELGADO,**

          **Plaintiff,**

-vs-                                                   Case No. 6:05-cv-759-Orl-28JGG

**CARRIZO PAINTING AND SERVICES
CORP., JOSE R. CARRIZO,**

          **Defendants.**

_____

# ORDER

This case is before the Court on two Court Orders (Docs. 19 & 23) regarding Plaintiff's failure to comply with the Court's pretrial scheduling order and a motion to withdraw as counsel (Doc. 24). The United States Magistrate Judge has submitted a report recommending that the Court dismiss Plaintiff's claims without prejudice, dismiss Defendants' counterclaims without prejudice, deny as moot the motion to withdraw and close the case.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **DISMISSES without prejudice** Plaintiff's claims in the complaint (Doc. 1) for failure to comply with the Scheduling Order and the Court's April 25, 2006 pretrial order.

3. The Court **DISMISSES without prejudice** Defendants' counterclaims in the answer (Doc. 11).

4. The Court **DENIES** as moot the motion to withdraw counsel (Doc. 24).

5. The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____6____ day of June, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party